■ In the Matter of LINDEN HILL No. 2 COOPERATIVE CORP., Appellant, v HARRY S. TISHELMAN, as Commissioner of Finance of the Department of Finance of the City of New York, Respondent. — Judgment of the Supreme Court, Queens County, entered May 20, 1981, affirmed, with costs, for reasons stated in the opinion of Justice Buschmann at Special Term (107 Misc 2d 799). Lazer, J. P., Mangano, O'Connor and Brown, JJ., concur.

■ In the Matter of JOSEPH MOTTOLA, Petitioner, v NEW YORK STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents. — Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Board, dated July 2, 1981, which affirmed a determination of the State Division of Human Rights, dated June 13, 1980, which dismissed the complaint for lack of jurisdiction. Order confirmed and proceeding dismissed, without costs or disbursements (see *Matter of Perez v New York State Human Rights Appeal Bd.,* 71 AD2d 150, 151, mot for lv to app den 49 NY2d 702). Damiani, J. P., Titone, Thompson and Bracken, JJ., concur.

■ In the Matter of RUTH SIMMS, Petitioner, v JOSEPH D'ELIA, as Commissioner of the Nassau County Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent State Commissioner of Social Services, dated January 29, 1980 and made after a statutory fair hearing, which affirmed a determination of the local agency to deny petitioner's application for public assistance benefits. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The State commissioner's determination is supported by substantial evidence (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.